IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00007-TES |
| | * |
| ERICA WILLIAMS et al, | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 15, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff.  Plaintiff shall also recover costs of this action.

This 16th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk